# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR26-00064 RFL

UNITED STATES OF AMERICA,

V.

TANLISIA NEAL

**FILED**

Feb 11 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § § 3146(a)(2), (b)(1)(A)(i) – Failure to Surrender for Service of Sentence

A true bill.

/S/ Foreperson of the Grand Jury

Foreman

Filed in open court this 11th day of February, 2026.

Clerk

Bail, $ Warrant

Hon. Laurel Beeler, U.S. Magistrate Judge

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

**FILED**

Feb 11 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TANLISIA NEAL,<br><br>　　　　Defendant. | CASE NO. CR26-00064 RFL<br><br>VIOLATION:<br>18 U.S.C. § 3146(a)(2), (b)(1)(A)(i) – Failure to Surrender for Service of Sentence<br><br>SAN FRANCISCO VENUE |

I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:　　(18 U.S.C. § 3146(a)(2), (b)(1)(A)(i) – Failure to Surrender for Service of Sentence)

　　Beginning on or about the 15th day of March, 2024, and continuing until at least the 11th day of December, 2025, in the Northern District of California and elsewhere, the defendant,

TANLISIA NEAL,

having been released pursuant to Chapter 207 of Title 18, United States Code, after conviction in the United States District Court of the Northern District of California, San Francisco, for a felony punishable by a maximum term of imprisonment of twenty years, in *United States v. Tanlisia Neal*, Case No. 20-cr-00132-VC, and having been directed by the Court to surrender to the Bureau of Prisons or the United States Marshals Service before 2:00 PM on March 15, 2024, did knowingly and willfully fail to

surrender for service of sentence as ordered by the Court, in violation of 18 U.S.C. § 3146(a)(2).

DATED: February 11, 2026                                A TRUE BILL.

                                                                                    _____
                                                                                    FOREPERSON

CRAIG H. MISSAKIAN
United States Attorney


\_\_/s/\_\_\_Benjamin F. Farksa_____
BENJAMIN F. FARKAS
Assistant United States Attorney

INDICTMENT                                                      2